IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

v.                               Case No. 4:18cv41-MW/CAS

GADSDEN COUNTY SCHOOLS
and HEART TO HEART CHRISTIAN
ACADEMY,

    Defendants.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 7, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 8. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 6, is **DISMISSED** for failure to state a claim upon which relief may be granted. Plaintiff's motion for appointment of counsel and jury trial, ECF No. 9, is **DENIED**." In his objections, Plaintiff claims he included allegations not referenced by the Magistrate. While such allegations may or may not be sufficient to state a claim, no such allegations appear in his First Amended Complaint. ECF No. 6. That is,

1

Plaintiff's objections are not well taken.  The Clerk shall close the file.

**SO ORDERED on July 11, 2018.**

<u>**s/Mark E. Walker**</u><br>**United States District Judge**